DAPHNE F. SLOMKA v. BENJAMIN ALSTADT.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 816.]

In the Matter of ANDREW RAPTOSH against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [See *ante,* p. 860.]

In the Matter of the Estate of ALBERT PEPPER, Deceased. ARNOLD M. GRANT, as Executor of ALBERT PEPPER, Deceased; SYLVIA GLANTZ et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 828.]

OSCAR FUCHS v. INTERPORT ASSOCIATES, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 828.]

DOROTHY REHILL v. LEE M. REHILL.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 855.]

In the Matter of the Probate of the Will of NORA FEELEY, Deceased. PETER GINTY, Appellant; MARGARET GROVE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ. [See *ante,* p. 819.]

In the Matter of S. STANLEY GARFINKEL, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— We have considered subdivision 2 of section 87 of the Rent and Eviction Regulations of the rent commission, as amended to take effect April 1, 1953, and we, in its application to this case, construe the intention of that provision to give no retroactive effect to the relevant substantive amendment so long as the order of the rent commission had already been entered. Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. Present — Dore, J. P., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of BERNARD K. MARCUS et al., Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent State Rent Administrator. (See decision in appeal in *Matter of Garfinkel* v. *McGoldrick, ante,* p. 961, decided herewith.) Present — Dore, J. P., Callahan, Van Voorhis and Breitel, JJ.